United States District Court-
for the
Western District of Washington

GARRET TYLER LEMON,            )
                               )
        Petitioner - Appellant, )
                               )
                               )
        vs.                    )
                               )    CR11-5376RBL,
                               )
USA,                           )
                               )    ORDER APPOINTING
        Respondent - Appellee. )    FEDERAL PUBLIC
                               )    DEFENDER
                               )
                               )
                               )
_____)

On the basis of the United States District Court for the Western District of Washington's General Order 08-15, the Federal Public Defender for the Western District of Washington is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 30th day of March, 2016

_____
United States Honorable Judge Ronald B. Leighton

**ORDER APPOINTING F.P.D.**